Cause NO. _CR 7177_                                    _75-493-CR-1C_

THE STATE OF TEXAS

VS.

_LAQuint Sullivan_

IN THE DISTRICT COURT

_187_ JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

## NOTICE OF APPEAL FROM NEGOTIATED PLEA

TO THE HONORABLE JUDGE OF SAID COURT:

Come now _LAQuint C. Sullivan_, Defendant in the above styled and numbered cause, and within thirty (30) days of sentence having been pronounced against him in court, and files this his Notice of Appeal from Negotiated Plea pursuant to the Texas Rules of Appellate Procedure, Rule 25.2 (b)(3), and Article 1.15 of the Texas Code of Criminal Procedure, and who would state the following:

1. There was a trial in this cause

   ( ) yes                                    ( ) no

   and the trial was a

   ( ) jury trial                      ( ) non-jury trial

2. The trial commenced on the _____ day of _____, _____, and ended on the _____ day of _____, _____.

3. There was a plea bargain agreement in this cause

   (✓) yes                             ( ) no

4. The plea bargain agreement was followed by the Court

   (✓) yes                             ( ) no

5. Defendant was sentenced on the _14_ day of _July_, _2015_, and sentence commenced on the on the _14_ day of _July_, _2015_,

6. A motion for New Trial was filed in this cause

   ( ) yes                             ( ) no

Also pursuant to Rule 25.2 (b)(3) (A), (B) and (C), the following indicated items apply as a basis for Defendant's notice of appeal:

_____ (A)   the appeal is for a jurisdictional defect (explanation attached hereto);

_____ (B)   the substance of the appeal was raised by written motion and ruled on before trial (motion and ruling attached hereto);

_____ (C)   permission to appeal

   ( ) has been granted by trial court            ( ) has been denied by trial court

Respectfully submitted,

_____

Defendant

FILED 2015 AUG 10 PM 12: 48 KEITH E. HOTTLE, CLERK 4TH THE COURT OF APPEALS 4TH DT SAN ANTONIO, TEXAS

STATE OF TEXAS

vs

SULLIVAN, LA Q.
545777
09/30/1975

AJ31

## INDIGENT ATTORNEY APPOINTMENT NOTIFICATION

This is your official notification that you have been appointed the following attorney to represent you.

WOOD III, BERTRAM OLIVER
310 S SAINT MARYS ST 1270
SAN ANTONIO, TX 78205-3113
(210) 482-9663

*My Attorney Jeffrey Scott resigned hisself off of my case in the middle of our plea bargain just 12 hours later after I signed the plea. I never ~~paid~~ fired him he was paid since Oct 2014.*

You should be contacted by the above listed attorney no later than the end of the first working day after appointment. Otherwise please contact the above listed attorney. The cases this attorney has been selected to represent you on are:

| Case | Court | Offense |
|---|---|---|
| 485467 | CC2 | MB POSS MARIHUANA 0-2 OZ |
| 2015CR7177 | D187 | FS POSS CS PG 1 LESS THAN 1 GRAM |
| 2015CR2233 | D187 | F3 TAMPER EVIDENCE-INTENT IMPAIR |

**Override Appointment Authorized by:**

☐ 7 day report   ☒ 14 day report   ☐ Mag Screen   ☐ Judge's Request _____

Processed this date,

EMP

37232
in and for the State of Texas
07/14/2015 11:12pm

KEITH E. HOTTLE CLERK

2015 AUG 10 PM 12:48

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS